BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
19th Floor Federal Building – Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant KIM

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-05-395 CRB |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE |
| vs. | |
| YOUNG JOON YANG et. al, | |
| Defendants. | |

The parties hereby stipulate and agree as follows:

1. On June 14th, 2006, defendant Seyun Kim will appear for a change-of-plea hearing before the Honorable Charles R. Breyer;

2. Defendant Seyun Kim hereby respectfully requests this Court to remove the curfew condition from his conditions of release;

3. Assistant United States Attorney Peter Axelrod has no objection to defendant's proposed bond modification, and thus has no objection to the removal of the

curfew condition from Mr. Kim's bond;

4. Defense counsel Elizabeth Falk has met and conferred with United States Pretrial Services Officer Betty Kim, and hereby represents to the Court that Ms. Kim has no objection to Mr. Kim being removed from the automated curfew system.

IT IS SO STIPULATED

DATED:  6/2/2006                             _____/S/_____
                                             ELIZABETH M. FALK
                                             Assistant Federal Public Defender

DATED: 6/2/2006                              _____/S/_____
                                             PETER AXELROD
                                             Assistant United States Attorney

I confirm that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

[PROPOSED] ORDER

On the basis of the foregoing stipulation, it is HEREBY ORDERED that the conditions of release for defendant Seyun Kim are modified as follows; he shall no longer be ordered to comply with an automated curfew condition.

IT IS SO ORDERED

June 2, 2006

_____
THE HONORABLE ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

*United States v. Yang*, 05-395 CRB;
Motion to Remove Curfew Condition                    2