KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

PETER B. AXELROD (CSBN 190843)
LAUREL BEELER (CSBN 187656)
Assistant United States Attorneys

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6774
   Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00395 CRB |
| Plaintiff, | REQUEST, STIPULATION AND ORDER |
| v. | |
| SEYUN KIM, | |
| Defendant. | |

     This matter is currently on the Court's calendar for June 7, 2006. Through counsel, defendant Seyun Kim and the United States ask the Court to (a) vacate the June 7, 2006 date based on the defendant's anticipated change-of-plea, (b) set a date of June 14, 2006 for change-of-plea, and (c) exclude time under the Speedy Trial Act, 18 U.S.C. § 3161 from June 7, 2006, to June 14, 2006.

     1. The parties are finalizing the defendant's plea agreement and request that the Court set the matter for June 14, 2006, for change-of-plea.

     2. Defense counsel needs time to review the plea materials with the defendant prior to the entry of plea on June 14, 2006.

1   3. The parties agree that the time between June 7, 2006 and June 14, 2006 should be
2   excluded from the Speedy Trial clock. Previously, the Court has declared this case complex.
3   See 18 U.S.C. § 3161(h)(8)(B)(ii). Further, defense counsel needs time to review the plea
4   agreement with the defendant. This requires a short amount of time to address, and so the parties
5   agree that a continuance is necessary for the effective preparation of defense counsel, taking into
6   account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv). The parties also agree
7   that the ends of justice served by excluding the period from June 7, 2006 to June 14, 2006
8   outweigh the interest of the public and the defendant in a Speedy Trial. See id. § 3161(h)(8)(A).
9   STIPULATED:

10

   June 2, 2006                                      /S/   PETER B. AXELROD
11  DATE                                              PETER B. AXELROD
                                                                LAUREL BEELER
12                                                    Assistant United States Attorneys

13

   June 2, 2006                                      /S/   ELIZABETH FALK
14  DATE                                              ELIZABETH FALK
                                                                Attorney for Seyun Kim

15

16

17                                            **ORDER**

18   For good cause shown, and for the reasons stated above, the Court (a) vacates the June 7,
19  2006, hearing date for defendant Seyun Kim based on the anticipated change-of-plea, (b) sets the
20  matter for change-of-plea on June 14, 2006, at 2:15 p.m., and (c) excludes times under the
21  Speedy Trial Act, 18 U.S.C. § 3161, from June 7, 2006, to June 14, 2006. The Court finds that
22  the failure to grant the requested exclusion would deny defense counsel reasonable time
23  necessary for effective preparation taking into account the exercise of due diligence. Further, the
24  Court finds the exclusion warranted on complexity grounds, under 18 U.S.C. § 3161(h)(8)(B)(ii).
25  Thus, the Court finds that the ends of justice served by granting the requested exclusion outweigh
26  the best interest of the public and the defendant in a speedy trial and in the prompt disposition of
27  criminal cases. The Court therefore concludes that this exclusion of time should be made under
28

ORDER
CR 05-00395 CRB

1  18 U.S.C. §§ 3161(h)(8)(A), (h)(8)(B)(ii) and (h)(8)(B)(iv).

2     IT IS SO ORDERED.

4  DATED:  June 2, 2006
                                    _____
5                                   CHARLES R. BREYER
                                    United States District Judge



ORDER
CR 05-00395 CRB

3