```
 1  KEVIN V. RYAN (CSBN 118321)
    United States Attorney
 2
    MARK L. KROTOSKI (CSBN 138549)
 3  Chief, Criminal Division

 4  PETER B. AXELROD (CSBN 190843)
    LAUREL BEELER (CSBN 187656)
 5  Assistant United States Attorneys

 6     450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
 7     Telephone: (415) 436-6774
       Facsimile: (415) 436-7234
 8
    Attorneys for Plaintiff
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 05-00395 CRB |
|---|---|---|
| Plaintiff, | ) | REQUEST, STIPULATION AND ORDER |
| v. | ) | |
| SEYUN KIM, | ) | |
| Defendant. | ) | |

This matter is currently on the Court's calendar for June 7, 2006. Through counsel, defendant Seyun Kim and the United States ask the Court to (a) vacate the June 7, 2006 date based on the defendant's anticipated change-of-plea, (b) set a date of June 14, 2006 for change-of-plea, and (c) exclude time under the Speedy Trial Act, 18 U.S.C. § 3161 from June 7, 2006, to June 14, 2006.

1. The parties are finalizing the defendant's plea agreement and request that the Court set the matter for June 14, 2006, for change-of-plea.

2. Defense counsel needs time to review the plea materials with the defendant prior to the entry of plea on June 14, 2006.

ORDER
CR 05-00395 CRB

1

3. The parties agree that the time between June 7, 2006 and June 14, 2006 should be excluded from the Speedy Trial clock. Previously, the Court has declared this case complex. <u>See</u> 18 U.S.C. § 3161(h)(8)(B)(ii). Further, defense counsel needs time to review the plea agreement with the defendant. This requires a short amount of time to address, and so the parties agree that a continuance is necessary for the effective preparation of defense counsel, taking into account the exercise of due diligence. <u>See</u> 18 U.S.C. § 3161(h)(8)(B)(iv). The parties also agree that the ends of justice served by excluding the period from June 7, 2006 to June 14, 2006 outweigh the interest of the public and the defendant in a Speedy Trial. <u>See id.</u> § 3161(h)(8)(A).

STIPULATED:

```
    June 2, 2006                              /S/   PETER B. AXELROD
    DATE                                      PETER B. AXELROD
                                              LAUREL BEELER
                                              Assistant United States Attorneys


    June 2, 2006                              /S/   ELIZABETH FALK
    DATE                                      ELIZABETH FALK
                                              Attorney for Seyun Kim
```

### ORDER

For good cause shown, and for the reasons stated above, the Court (a) vacates the June 7, 2006, hearing date for defendant Seyun Kim based on the anticipated change-of-plea, (b) sets the matter for change-of-plea on June 14, 2006, at 2:15 p.m., and (c) excludes times under the Speedy Trial Act, 18 U.S.C. § 3161, from June 7, 2006, to June 14, 2006. The Court finds that the failure to grant the requested exclusion would deny defense counsel reasonable time necessary for effective preparation taking into account the exercise of due diligence. Further, the Court finds the exclusion warranted on complexity grounds, under 18 U.S.C. § 3161(h)(8)(B)(ii). Thus, the Court finds that the ends of justice served by granting the requested exclusion outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. The Court therefore concludes that this exclusion of time should be made under

ORDER
CR 05-00395 CRB

1  18 U.S.C. §§ 3161(h)(8)(A), (h)(8)(B)(ii) and (h)(8)(B)(iv).

2     IT IS SO ORDERED.

4  DATED:  June 2, 2006

   CHARLES R. BREYER
   United States District Judge



ORDER
CR 05-00395 CRB

3